```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| DAUNTE BYRD, | ) |
| Petitioner, | )    Civil Case No. |
| | )    7: 21-060-JMH |
| V. | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | )    **JUDGMENT** |
| Respondent. | ) |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED WITHOUT PREJUDICE.**

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 19th day of August, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1